518

No. 103. WILSON & Co., INC., OF LOUISIANA, v. LOUISIANA. Motion submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. (1) *Knights of Pythias* v. *Meyer*, 265 U. S. 30, 32, 33; *Guaranty Trust Co.* v. *Blodgett*, 287 U. S. 509, 513; *Great Northern Ry. Co.* v. *Sunburst Co.*, 287 U. S. 358, 362; *Hicklin* v. *Coney*, 290 U. S. 169, 172; *Hartford Accident Co.* v. *Nelson Co.*, 291 U. S. 352, 358. (2) *Kehrer* v. *Stewart*, 197 U. S. 60, 65; *Sonneborn Bros.* v. *Cureton*, 262 U. S. 506; *Eastern Air Transport* v. *Tax Commission*, 285 U. S. 147, 152; *Gregg Dyeing Co.* v. *Query*, 286 U. S. 472, 478, 479; *Liggett Co.* v. *Lee*, 288 U. S. 517, 539; *Magnano Co.* v. *Hamilton*, 292 U. S. 40, 44–47. Messrs. Edwin T. Merrick and W. R. Brown for appellant. Messrs. Gaston L. Porterie and Peyton R. Sandoz for appellee.

No. 162. NASHVILLE, CHATTANOOGA & ST. LOUIS RY. v. HERNDON. Jurisdictional statement submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Barrett* v. *Virginian Ry. Co.*, 250 U. S. 473, 476; *Ownbey* v. *Morgan*, 256 U. S. 94, 112; *Jackman* v. *Rosenbaum Co.*, 260 U. S. 22, 31; *Corn Exchange Bank* v. *Commissioner*, 280 U. S. 218, 223; *Snyder* v. *Massachusetts*, 291 U. S. 97, 111; *International Milling Co.* v. *Columbia Transportation Co.*, 292 U. S. 511. Mr. Fitzgerald Hall for appellant. No appearance for appellee.